Rev. 5/20

# United States District Court
### Middle District of Florida
### Fort Myers Division

___Marshall Watson III___
*(In the space above enter the full legal name of the plaintiff)*

-against-

State of Florida, Florida Civil Commitment Center, Geo Group, Wellpath Recovery Solutions, Department Children and Families, Jan Carner, Courtney Janes, Gardner, Houston and Lamar.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Case No. 2:25-cv-505-JLB-NPM

(To be filled out by Clerk's Office only)

**AMENDED**

**COMPLAINT**
*(Pro Se Confined Litigant)*

Jury Demand?
☐ Yes
☐ No

AUG 15 2025 AM11:53
FILED - USDC - FLMD - TPA

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Case 2:25-cv-00505-JLB-NPM   Document 6    Filed 08/15/25   Page 2 of 3 PageID 61
Case 2:25-cv-00505-JLB-NPM   Document 5-1   Filed 07/23/2025   Page 6 of 10 PageID 55

Rev. 5/20

**Who did what?**

July, 29, 2025, Doctor Delach here at this F.C.C.C. Told me himself that he was not going to give medical Treatment to heal my right foot. All the nurses that work here agreed with the Doctor's deceision against me marshall Watson III.

I never asked medical for any Diabetic medical Records. I asked Records for copies of the surgery of the cutting off the toes of both feet.

So these are the reasons I'm asking the court for Two-hundred and Fifty million, and my freedom, and Protection while this matter is being settled.

Doctor Deloach refused to order a dressing change on my right foot.

That's the reason I want the court to help me with the $250,000,000 and my freedom. I can go to the hospital and get everything I need done.

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

# UNITED STATES DISTRICT COURT

This is a amenment order requested by the district court. Concerning page 5 with the claim, I'm looking for the court to do for me.

I would like the court, to help me with my freedom from F.C.C.C.. Also Two Hounded and fity million, and Protection, while this issue is being resolved, by this court.

medical went along with the Adminstration, about cuting my foot off. And they have cut seven of my toes off. They did this because they say I'm violent. Nurse Lamar was the head nurse, she went along with the Doctor and the Adminstration about cuting my toes off and my right foot. They put the wrong medication on my foot, to make it go bad, to get it cut off and make it very painfull. And makes it look like to me it is infected.

They have put medication on it to eat the Bacterla. At times the refuse to give my medication to me.

This is a copy of the medication they are giving me. It was eatting it to the bone, spreading on the top of my foot and I stopped using it.

The poistion I'm in now I have no one to go to or advocate for me.

medical Recorders show, I'm a no show, but medical tell me to go back to my dorm and they will call me but never do.